177 A.3d 128

LIEUTENANT JOHN KAMINSKAS AND CHIEF DANIEL VANISKA OF THE UNION COUNTY POLICE DEPARTMENT, APPELLANTS–PETITIONERS, v. STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC SAFETY, OFFICE OF THE ATTORNEY GENERAL, RESPONDENT–RESPONDENT.

C–426 September Term 2017
080128

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003528–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.